CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WILDLIFE REFUGE ASSOCIATION, et al.,

        Plaintiff

vs

THE UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

        Defendant

Civil Action No. 1:22-cv-3498

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  CENTER FOR BIOLOGICAL DIVERSITY  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  CENTER FOR BIOLOGICAL DIVERSITY  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Megan Huynh*
_____
Signature

GA0039
_____
BAR IDENTIFICATION NO.

Megan H. Huynh
_____
Print Name

Ten 10th Street, Suite 1050
_____
Address

Atlanta, GA 30309
_____
City      State      Zip Code

(404) 521-9900
_____
Phone Number