CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WILDLIFE REFUGE
ASSOCIATION, et al.,   )
)
)
)
Plaintiff   )
)
vs   )   Civil Action No. _____1:22-cv-3498_____
)
THE UNITED STATES ARMY   )
CORPS OF ENGINEERS, et al.,   )
)
Defendant   )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for ___DEFENDERS OF WILDLIFE___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___DEFENDERS OF WILDLIFE___ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Megan Huynh_
Signature

___GA0039___
BAR IDENTIFICATION NO.

Megan H. Huynh
Print Name

Ten 10th Street, Suite 1050
Address

Atlanta, GA 30309
City            State            Zip Code

(404) 521-9900
Phone Number