CO-386
10/2018

# United States District Court
# For the District of Columbia

NATIONAL WILDLIFE REFUGE ASSOCIATION, et al., )
)
)
)
Plaintiff )
vs )  Civil Action No. __1:22-cv-3498_____
)
THE UNITED STATES ARMY CORPS OF ENGINEERS, et al., )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __NATIONAL WILDLIFE REFUGE ASSOCIATION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NATIONAL WILDLIFE REFUGE ASSOCIATION__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Megan Huynh*
_____
Signature

GA0039
_____
BAR IDENTIFICATION NO.

Megan H. Huynh
_____
Print Name

Ten 10th Street, Suite 1050
_____
Address

Atlanta, GA 30309
_____
City      State      Zip Code

(404) 521-9900
_____
Phone Number