AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| National Wildlife Refuge Association et al. *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:22-cv-03498 |
| United States Army Corps of Engineers et al. *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs NWRA, NPCA, Defenders of Wildlife, and Center for Biological Diversity.

Date: 11/17/2022

/s/ Mark Sabath
*Attorney's signature*

Mark Sabath (VA Bar # 94275; DC Bar # pending)
*Printed name and bar number*

Southern Environmental Law Center
122 C Street NW, Suite 325
Washington, DC 20001
*Address*

msabath@selcva.org
*E-mail address*

(434) 977-4090
*Telephone number*

*FAX number*