AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| National Wildlife Refuge Association et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-03498 |
| United States Army Corps of Engineers et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs NWRA, NPCA, Defenders of Wildlife, and Center for Biological Diversity.

Date: 11/17/2022

/s/ Kelly F. Moser
*Attorney's signature*

Kelly F. Moser (NC Bar # 45322)
*Printed name and bar number*

Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
*Address*

kmoser@selcnc.org
*E-mail address*

(919) 967-1450
*Telephone number*

*FAX number*