IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL WILDLIFE REFUGE )
ASSOCIATION, *ET AL.* )
)
v. ) Case No. 1:22-cv-03498-JDB
)
The UNITED STATES ARMY CORPS )
OF ENGINEERS, *ET AL.* )

## AFFIDAVIT OF SERVICE

Megan H. Huynh, being first duly sworn, deposes and says:

1. On November 15, 2022, Plaintiffs filed a Complaint and Summons forms directed to the Defendants. The Summonses were issued by the Clerk of Court for Defendants The United States Army Corps of Engineers and Michael Connor on November 16, 2022 and for the Attorney General of the United States and the United States Attorney's Office on November 17, 2022.

2. On November 17, 2022, the Complaint and Summons were served to Defendant The United States Army Corps of Engineers by Certified Mail, with Return Receipt requested, addressed to:

The United States Army Corps of Engineers
Attn: David R. Cooper, Chief Counsel
441 G Street NW
Washington, DC 20001
*Certified Mail Receipt No.: 7020 0090 0001 0164 4550*

3. On November 17, 2022, the Complaint and Summons were served to Defendant Michael Connor by Certified Mail, with Return Receipt requested, addressed to:

Michael Connor
108 Army Pentagon
Washington, DC 20310-0108
*Certified Mail Receipt No.: 7020 0090 0001 0164 4567*

4.     On November 17, 2022, the Complaint and Summons were served to the Attorney General of the United States and the United States Attorney's Office by Certified Mail, with Return Receipt requested, addressed to:

> Merrick B. Garland
> Attorney General of the United States of America
> U.S. Department of Justice
> 950 Pennsylvania Ave, NW
> Washington, D. C. 20530-0001
> *Certified Mail Receipt No.: 7020 0090 0001 0164 3911*

> US Attorney's Office, DC
> 555 4th St. NW
> Washington, DC 20530
> *Certified Mail Receipt No.: 7020 0090 0001 0164 3928*

5.     Process was received by Defendant The United States Army Corps of Engineers on November 22, 2022. True and accurate copies of the USPS Tracking website and Certified Mail Receipt are attached hereto as Exhibit A. The Domestic Return Receipt has not been received by Plaintiffs' counsel to date.

6.     Process was received by Defendant Michael Connor on November 22, 2022. True and accurate copies of the USPS Tracking website and Certified Mail Receipt are attached hereto as Exhibit B. The Domestic Return Receipt has not been received by Plaintiffs' counsel to date.

7.     Process was received by Merrick B. Garland, Attorney General of the United States of America on November 23, 2022. True and accurate copies of the USPS Tracking website, Certified Mail Receipt, and the Domestic Return Receipt are attached hereto as Exhibit C.

8.     Process was received by the United States Attorney's Office on November 23, 2022. True and accurate copies of the USPS Tracking website, Certified Mail Receipt, and the Domestic Return Receipt attached hereto as Exhibit D.

Respectfully submitted this 7th day of December, 2022.

*signature*

Megan H. Huynh
Bar Identification No. GA0039
Southern Environmental Law Center
10 10th St NW,
Suite 1050,
Atlanta, GA 30309
(404) 521-9900
mhuynh@selcga.org

*Attorney for Plaintiffs National Wildlife Refuge Association, National Parks Conservation Association, Defenders of Wildlife, and Center for Biological Diversity*

FULTON COUNTY, GEORGIA

Sworn to and subscribed before me this 7th day of December, 2022.

_____ Notary Public.    [seal]

My commission expires: 6/11/2023

*[Notary seal: KRISTIN FOLTZ, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, JUNE 11, 2023]*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7th, 2022, the foregoing **Affidavit of Service** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Megan H. Huynh*
Megan H. Huynh