# Exhibit A



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70200090000101644550

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:49 am on November 22, 2022 in WASHINGTON, DC 20314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20314
November 22, 2022, 11:49 am

### Available for Pickup
WASHINGTON, DC 20314
November 22, 2022, 11:06 am

### Arrived at Post Office
WASHINGTON, DC 20018
November 22, 2022, 8:42 am

### In Transit to Next Facility
November 21, 2022

### Departed USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 7:53 pm

### Arrived at USPS Regional Facility

CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 11:37 am

**Arrived at USPS Regional Origin Facility**
ATLANTA NORTH METRO DISTRIBUTION CENTER
November 17, 2022, 11:02 pm

**USPS in possession of item**
ATLANTA, GA 30306
November 17, 2022, 11:48 am

**Hide Tracking History**

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**