# Exhibit B



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70200090000101644567

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:52 am on November 22, 2022 in WASHINGTON, DC 20310.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
November 22, 2022, 6:52 am

### Available for Pickup
WASHINGTON, DC 20310
November 22, 2022, 6:32 am

### Arrived at Post Office
WASHINGTON, DC 20018
November 22, 2022, 6:19 am

### In Transit to Next Facility
November 21, 2022

### Departed USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 7:53 pm

### Arrived at USPS Regional Facility

Feedback

CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 11:37 am

**Arrived at USPS Regional Origin Facility**
ATLANTA NORTH METRO DISTRIBUTION CENTER
November 17, 2022, 11:02 pm

**USPS in possession of item**
ATLANTA, GA 30306
November 17, 2022, 11:49 am

**Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**