# Exhibit C



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark Here

NOV 17 2022

Postage
$

Total Postage and Fees
$

Sent To
MERRICK B. GARLAND, U.S. AG
U.S. Department of Justice
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave, NW
City, State, ZIP+4®
Washington, DC 20530-0001

7020 0090 0001 0164 3911

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MERRICK B. GARLAND,
U.S. ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 5889 0049 0251 89

2. Article Number *(Transfer from service label)*

7020 0090 0001 0164 3911

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

NOV 25 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                  Domestic Return Receipt

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 70200090000101643911

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:57 am on November 23, 2022 in WASHINGTON, DC 20530.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
November 23, 2022, 5:57 am

**Available for Pickup**
WASHINGTON, DC 20530
November 22, 2022, 10:54 am

**Arrived at Post Office**
WASHINGTON, DC 20018
November 22, 2022, 5:46 am

**In Transit to Next Facility**
November 21, 2022

**Departed USPS Regional Facility**
CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 7:53 pm

**Arrived at USPS Regional Facility**

CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 11:37 am

**Arrived at USPS Regional Origin Facility**

ATLANTA NORTH METRO DISTRIBUTION CENTER
November 17, 2022, 11:02 pm

**USPS in possession of item**

ATLANTA, GA 30306
November 17, 2022, 11:50 am

**Hide Tracking History**

---

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**