# Exhibit D

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postmark Here

NOV 17 2022

Postage
$
Total Postage and Fees
$

Sent To U.S. ATTORNEY'S OFFICE,
Street and Apt. No., or PO Box No. DISTRICT OF COLUMBIA
555 4th St NW
City, State, ZIP+4® Washington, DC 20530

7020 0090 0001 0164 3928

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

COMPLETE THIS SECTION

items 1, 2, and 3.
name and address on the reverse
can return the card to you.
card to the back of the mailpiece,
ont if space permits.

essed to:

)RNEY'S OFFICE,
OF COLUMBIA
NW
ton, DC 20530

9402 5889 0049 0251 72

nber *(Transfer from service label)*
20  0090  0001  0164  3928

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

'1, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70200090000101643928

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:57 am on November 23, 2022 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
November 23, 2022, 5:57 am

### Available for Pickup

WASHINGTON, DC 20530
November 22, 2022, 10:54 am

### Arrived at Post Office

WASHINGTON, DC 20018
November 22, 2022, 5:46 am

### In Transit to Next Facility

November 21, 2022

### Departed USPS Regional Facility

CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 7:53 pm

### Arrived at USPS Regional Facility

Feedback

CHARLOTTE NC DISTRIBUTION CENTER
November 18, 2022, 11:37 am

**Arrived at USPS Regional Origin Facility**
ATLANTA NORTH METRO DISTRIBUTION CENTER
November 17, 2022, 11:02 pm

**USPS in possession of item**
ATLANTA, GA 30306
November 17, 2022, 11:50 am

**Hide Tracking History**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs