

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, SAVANNAH DISTRICT
100 W. OGLETHORPE AVENUE
SAVANNAH, GEORGIA 31401-3604

**August 22, 2022**

Regulatory Division
SAS-2018-00554

Mr. Steven R. Ingle (single@twinpinesminerals.com)
Twin Pines Minerals, LLC
2100 Southbridge Parkway
Birmingham, Alabama  35209

Dear Mr. Ingle:

In accordance with the settlement agreement in the matter of *Twin Pines Minerals, LLC v. U.S. Army Corps of Engineers, et al*, Civil Action No. CV 5:22-cv-00036, U.S. District Court for the Southern District of Georgia, I am writing to inform you that my letter of June 8, 2022, relating to those certain Approved Jurisdictional Determinations (AJDs) issued on October 15, 2020 (SAS-2018-00554), and March 24, 2021 (SAS-2018-00554-ACM), is hereby withdrawn.

The aforesaid AJDs are: (a) final agency actions, in that each action "mark[s] the consummation of the agency's decisionmaking process" and is "one by which rights or obligations have been determined, or from which legal consequences will flow," *U.S. Army Corps of Eng'rs v. Hawkes Co.*, 578 U.S. 590, 597 (2016) (quoting *Bennett v. Spear*, 520 U.S. 154, 177-78 (1997)); (b) "binding on the Government" within the meaning of the 1989 Memorandum of Agreement between the United States Environmental Protection Agency and the United States Department of the Army concerning the determination of the geographic jurisdictional scope of "waters of the United States" for purposes of Clean Water Act section 404, available at https://www.epa.gov/cwa-404/memorandum-agreement-determination-geographic-jurisdiction-section-404-program-and; (c) "valid for a period of five years" within the meaning of Regulatory Guidance Letter 05-02; and (d) subject to revision within the five-year period based on "new information" under Regulatory Guidance Letter 05-02.

For purposes of calculating the expiration date for the aforesaid AJDs, the period starting on June 3, 2022, and ending on the Effective Date of this Agreement, August 22, 2022, shall be tolled (81 days).  The October 15, 2020, AJD shall expire on January 4, 2026, and the March 24, 2021, AJD shall expire on June 13, 2026.

If you have any questions, please contact Mr. William Rutlin, Coastal Branch Chief, at 912-652-5893.

Sincerely,

Jason D. O'Kane
Chief, Regulatory Division