AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| NATIONAL WILDLIFE REFUGEASSOCIATION, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-03498-JDB |
| UNITED STATES ARMY CORPS OFENGINEERS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Twin Pines Minerals LLC                                                                                           .

Date:      02/03/2023                                    /s/ Lewis B. Jones
                                                             *Attorney's signature*

                                                   Lewis B. Jones (GA Bar No. 402498)
                                                        *Printed name and bar number*
                                                          Jones Fortuna LP
                                                          111 New Street, Suite A
                                                          Decatur, GA 30030

                                                             *Address*

                                                   ljones@jonesfortuna.com
                                                          *E-mail address*

                                                          (404) 862-3234
                                                          *Telephone number*

                                                             *FAX number*