IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, NATIONAL PARKS CONSERVATION ASSOCIATION, DEFENDERS OF WILDLIFE, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and MICHAEL CONNOR, in his official capacity as Assistant Secretary of the Army for Civil Works,<br><br>Defendants. | Civil Action No. 1:22-cv-03498-JDB |

## LCVR 26.1 DISCLOSURE

I, the undersigned, counsel of record for Twin Pines Minerals, LLC certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Twin Pines Minerals, LLC which have any outstanding securities in the hands of the public.

**None.**

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of Record for Twin Pines Minerals, LLC.

JONES FORTUNA LP

*/s/ Lewis B. Jones*
LEWIS B. JONES
 Georgia State Bar No. 042498

2

        JOHN L. FORTUNA
         Georgia State Bar No. 435149

        111 New Street, Suite A
        Decatur, GA 30030
        Phone: 404-862-3234
        Email: ljones@jonesfortua.com
              jfortuna@jonesfortuna.com

*Counsel for Twin Pines Minerals*

## CERTIFICATE OF SERVICE

I certify that on this date, I filed the foregoing ***LCvR 26.1 Disclosure*** with the Court's CM/ECF system, which will automatically provide email notification of such filing to all registered CM/ECF users.

/s/ *Lewis B. Jones*

*Counsel for Twin Pines Minerals, LLC*