**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| National Wildlife Refuge Association, National Parks Conservation Association, Defenders of Wildlife, and Center for Biological Diversity, <br><br> Plaintiffs, <br> v. <br><br> United States Army Corps of Engineers, and Michael Connor, in his official capacity as Assistant Secretary of the Army (Civil Works), <br><br> Defendants. | Case No. 1:22-cv-03498-JDB |

**CERTIFICATION OF INDEX OF THE ADMINISTRATIVE RECORD**

1. I, Jason D. O'Kane, am currently assigned as Chief, Regulatory Division, Savannah District, U.S. Army Corps of Engineers (District).

2. I have been employed in this capacity since June 2020. Among other duties, I am responsible for the District's Regulatory mission execution including budget development and oversight, personnel, training, permit processing and the supervision of 35 staff within the state of Georgia. I serve as primary advisor to senior District management and the District Engineer on complex personnel, human resources, organizational structure, customer service and program consistency issues.

3. I am familiar with the documents in the attached list, which pertain to the August 22, 2022, letter from the District to Twin Pines Minerals, LLC (TPM) following a Settlement Agreement executed earlier on August 22, 2022, both of which regard the District's June 8, 2022, letter to TPM and Approved Jurisdictional Determinations from the District to TPM dated October 15, 2020, and March 24, 2021.

4. I certify that the attached is a true, correct, and complete index of the administrative record for the August 22, 2022, letter referenced in paragraph 3 above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2023

_____
Jason D. O'Kane
Chief, Regulatory Division
Savannah District
U.S. Army Corps of Engineers