| AR List No. | Date | From/Author | To | Subject/Description |
|---|---|---|---|---|
| 1 | 8/22/2022 | Mr. Jason O'Kane, Regulatory Division Chief, U.S. Army Corps of Engineers, Savannah District (SAS) | Mr. Steven R. Ingle, Twin Pines Minerals, LLC (TPM) | Letter Informing TPM of Approved Jurisdictional Determination (AJD) Status Post Settlement Agreement |
| 2 | 8/22/2022 | Parties to TPM case in the U.S. District Court for the Southern District of Georgia | N/A | Executed Settlement Agreement |
| 3 | 8/22/2022 | U.S. Department of Justice (DOJ) | N/A | Settlement Agreement Talking Points |
| 4 | 8/19/2022 | Counsel for TPM | DOJ | TPM communication expressly declining invitation to request a new or revised AJD(s) |
| 5 | 8/11/2022 | Ms. Kelly Moser; Mr. William Sapp; Ms. Megan Hinkle Huynh, Southern Environmental Law Center (SELC) | Mr. Steven R. Ingle, TPM | Letter discussing notice of intent to sue TPM for prospective Clean Water Act violations associated with the proposed titanium mine on Trail Ridge in Charlton County, Georgia |
| 6 | 7/8/2022 | TPM | U.S. District Court for the Southern District of Georgia | TPM Motion for Preliminary Injunction with Exhibits |
| 7 | 6/22/2022 | TPM | U.S. District Court for the Southern District of Georgia | Complaint |
| 8 | 6/8/2022 | Mr. Jason O'Kane, Regulatory Division Chief, SAS | Mr. Steven R. Ingle, TPM | Letter advising TPM that its AJDs are invalid |
| 9 | 6/7/2022 | Georgia Environmental Protection Division (Georgia EPD) | N/A | Announcement of Georgia EPD Permit Processing Pause |

| | | | | |
|---|---|---|---|---|
| 10 | 6/3/2022 | Hon. Michael Connor, Assistant Secretary, Army for Civil Works | Commanding General, U.S. Army Corps of Engineers | Memo Regarding AJDs for (as relevant here) TPM |
| 11 | 2/9/2022 | Mr. Jason O'Kane, Regulatory Division Chief, SAS | Mr. Matthew S. Wilson, Regulatory Program Manager, U.S. Army Corps of Engineers, Headquarters | Confirmation that U.S. Army Corps of Engineers had communicated with TPM regarding status of AJDs following vacatur of Navigable Waters Protection Rule (NWPR) |
| 12 | 2/4/2022 | Hon. Michael Connor, Assistant Secretary, Army for Civil Works | Ms. Kelly Moser; Mr. William Sapp; Ms. Megan Hinkle Huynh, SELC | Letter declining to reconsider TPM AJDs on the basis of NWPR vacatur |
| 13 | 2/4/2022 | Hon. Michael Connor, Assistant Secretary, Army for Civil Works | Hon. Jon Ossoff (U.S. Senator) | Letter declining to reconsider TPM AJDs on the basis of NWPR vacatur |
| 14 | 1/25/2022 | BG Jason E. Kelly, Commander, U.S. Army Corps of Engineers, South Atlantic Division | Mr. Leopoldo Miranda-Castro, Regional Director, U.S. Fish and Wildlife Service. | Letter declining to reconsider TPM AJDs on the basis of NWPR vacatur |

| | | | | |
|---|---|---|---|---|
| 15 | 1/24/2022 | Ms. Kelly Moser; Mr. William Sapp; Ms. Megan Hinkle Huynh, SELC | Hon. Michael Connor, Assistant Secretary, Army for Civil Works; Hon. Jaime A. Pinkham, Principal Deputy Assistant Secretary of the Army ; Ms. Jennifer A. Moyer, Chief Regulatory Program, U.S. Army Corps of Engineers, Headquarters | Letter requesting, for the second time, rescission of TPM AJDs on the basis of NWPR vacatur |
| 16 | 1/5/2022 | U.S. Environmental Protection Agency and U.S. Army Corp of Engineers | N/A | Joint public notice regarding agencies' implementation of Clean Water Act following judicial vacatur of NWPR |
| 17 | 1/4/2022 | MG William H. Graham, Jr., Deputy Commanding General for Civil and Emergency Operations | U.S. Army Corps of Engineers Commanders, Major Subordinate Commands and District Commands | Memorandum: Direction Concerning the Implementation of Section 404 of the Clean Water Act by the U.S. Army Corps of Engineers in Light of the Vacatur of NWPR |
| 18 | 12/21/2021 | Mr. Leopoldo Miranda-Castro, Regional Director, U.S. Fish and Wildlife Service | BG Jason E. Kelly, Commander, U.S. Army Corps of Engineers, South Atlantic Division | Letter requesting that U.S. Army Corps of Engineers reconsider TPM AJDs on the basis of NWPR vacatur |
| 19 | 12/20/2021 | Hon. Jon Ossoff (U.S. Senator) | Hon. Michael Connor, Assistant Secretary, Army for Civil Works | Letter requesting that U.S. Army Corps of Engineers reconsider TPM AJDs on basis of NWPR vacatur |
| 20 | 12/20/2021 | Ms. Kelly Moser; Mr. William Sapp; Ms. Megan Hinkle Huynh, SELC | Hon. Michael Connor, Assistant Secretary, Army for Civil Works; Hon. Jaime A. Pinkham, Principal Deputy Assistant Secretary of the Army; Ms. Stacey M. Jensen, Assistant for Environment, Tribal and Regulatory Affairs, Office of the Secretary of the Army (ASA(CW)) | Letter requesting rescission of TPM AJDs on the basis of NWPR vacatur |

| | | | | |
|---|---|---|---|---|
| 21 | 4/20/2021 | Hon. Jaime A. Pinkham, Acting Assistant Secretary, Army for Civil Works | Commanding General, U.S. Army Corps of Engineers | Memorandum: Rescission of Previous Guidance - Tribal Consultation Associated With Approved Jurisdictional Determinations |
| 22 | 3/24/2021 | Mr. William M. Rutlin, Coastal Branch Chief, SAS | Mr. Steven R. Ingle, TPM | Second AJD issued to TPM following its second post-NWPR request for a Clean Water Act approved jurisdictional determination |
| 23 | 1/4/2021 | Hon. R.D. James, Assistant Secretary, Army for Civil Works | Commanding General, U.S. Army Corps of Engineers | Memorandum: U.S. Army Corps of Engineers Tribal Consultation Associated With A Draft Approved Jurisdictional Determination |
| 24 | 10/21/2020 | SAS | N/A | Public Notice of TPM Withdrawal of Clean Water Act Section 404 Permit Application |
| 25 | 10/15/2020 | Mr. William M. Rutlin, Coastal Branch Chief, SAS | Mr. Steven R. Ingle, TPM | First AJD Issued to TPM following its first post-NWPR request for a Clean Water Act approved jurisdictional determination |
| 26 | 10/21/2020 | TTL, Inc. on behalf of TPM | Ms. Holly Ross, Senior Project Manager, SAS | Letter requesting withdrawal of Clean Water Act Section 404 permit application SAS-2018-00554 |
| 27 | 10/0/2016 | U.S. Army Corps of Engineers, Headquarters | N/A | Regulatory Guidance Letter (RGL) 16-01: Jurisdictional Determinations |
| 28 | 8/0/2016 | LTG Todd T. Semonite, Commanding General, U.S. Army Corps of Engineers | Commanders, Major Subordinate Commands and District Commanders | Memorandum: Tribal Consultation Responsibilities in the Regulatory Program. |
| 29 | 11/1/2012 | LTG Thomas P. Bostick, Commanding General, U.S. Army Corps of Engineers | Commanders, Directors and Chiefs of Separate Offices, US Army Corps of Engineers | Memorandum: Tribal Consultation Policy |

| 30 | 6/14/2005 | U.S. Army Corps of Engineers, Headquarters | N/A | Regulatory Guidance Letter (RGL) 05-02: Expiration of Geographic Jurisdictional Determinations of Waters of the United States |