UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE REFUGEE ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>    Defendants,<br><br>TWIN PINE MINERALS, LLC,<br><br>    Intervenor–Defendant. | Civil Action No. 22-4398 (JDB) |

## SCHEDULING ORDER

Upon consideration of [22] the parties' joint motion to set briefing scheduling, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. The parties shall file preliminary motions, if any, by not later than May 8, 2023.

2. If no preliminary motions are filed, plaintiffs shall file their motion for summary judgment by not later than June 2, 2023.

3. Defendants shall file a combined response to plaintiffs' motion for summary judgment and any cross-motion for summary judgment by not later than July 3, 2023.

4. Intervenor–defendant shall file a combined response to plaintiffs' motion for summary judgment and any cross-motion for summary judgment by not later than July 10, 2023.

5. Plaintiffs shall file a combined reply in support of their motion for summary judgment and response to any cross-motions for summary judgment filed by defendants and intervenor–defendant, if any, by not later than July 27, 2023.

6. Defendants shall file a reply in support of their cross-motion for summary judgment, if any, by not later than August 10, 2023.

7. Intervenor–defendant shall file a reply in support of its cross-motion for summary judgment, if any, by not later than August 21, 2023.

8. If preliminary motions are filed, the parties shall submit a joint proposal to modify the briefing schedule outlined above within 14 days of the resolution of all preliminary motions.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: April 20, 2023