**Exhibit 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, *et al.* ) ) ) Plaintiffs, ) ) v. ) ) The UNITED STATES ARMY CORPS OF ENGINEERS, *et al.* ) ) ) Defendants, ) ) and ) ) TWIN PINES MINERALS, LLC, ) ) Intervenor-Defendant. ) | Case No. 1:22-cv-03498-JDB |

## DECLARATION OF WILLIAM SAPP

I, William Sapp, declare as follows:

1. My name is William Sapp. I am a senior attorney at the Southern Environmental Law Center and the chair of the Okefenokee Protection Alliance.

2. The Okefenokee Protection Alliance is a coalition of more than 60 organizations representing millions of members across the country that have joined forces to protect the Okefenokee National Wildlife Refuge from the proposed Twin Pines mine and other threats that jeopardize the integrity of the Okefenokee Swamp.

3. Since July 2019, many of the Okefenokee Protection Alliance organizations have provided online platforms for their members to submit written comments concerning the proposed mine to the U.S. Army Corps of Engineers, the Georgia Environmental Protection Division, and other state and federal decisionmakers.

4. With the assistance of my colleagues at the Southern Environmental Law Center, I have collected information on the number and geographic origin of comments from each of the Okefenokee Protection Alliance organizations that used online comment platforms capable of tracking this information.

5. To date, Okefenokee Protection Alliance organization members have submitted almost 200,000 comments in opposition to the proposed mine.

6. These comments were generated from all fifty states and at least twelve countries.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 18th day of May, 2023.

*William W. Sapp*
_____
William Sapp