**Exhibit 3**

# Proposed Twin Pines Mine and the Okefenokee Swamp

**Locator Map**

Brunswick, GA

OKEFENOKEE
NATIONAL
WILDLIFE REFUGE

Osceola
National
Forest

Jacksonville, FL

Gainesville, FL

Sarilla River

OKEFENOKEE NATIONAL
WILDLIFE REFUGE

Folkston

Little Saint Marys River

T R A I L   R I D G E

Suwannee River

Osceola
National
Forest

Little River

Saint Marys River

Twin Pines Mine Permit Boundary

Trail Ridge Land, LLC (Twin Pines Minerals)

NWI Wetlands

Trail Ridge 100-ft elevation line

Map created by: Miller Cochran (mcochran@selcnc.org)
Last updated: March 17, 2023
Sources: Natural Earth v4.0, ESRI, US Census Bureau, USGS, UFWS,
State of Georgia, State of Florida, Twin Pines Minerals, LLC, Charlton County



0        5        10
                  Miles



SOUTHERN
ENVIRONMENTAL
LAW
CENTER