



Partners

*With its unique ecosystem and incomparable beauty, the Okefenokee Swamp is a national and international treasure, and the source of the St. Marys and Suwannee Rivers. With its opportunities for boating, birding, fishing, photography, adventure, and hunting nearby attracting 650,000 visitors a year and supporting more than 700 jobs, the Okefenokee National Wildlife Refuge (NWR) provides more economic benefit to each of Georgia and Florida than any other NWR. The Okefenokee Protection Alliance member organizations are fighting long-term to save the swamp from anything that would damage it, including the potentially-devastating titanium strip mine proposed by Twin Pines Minerals, LLC, on the doorstep of the Okefenokee NWR.*

---

# Partner List

---

The Okefenokee Protection Alliance is a coalition of more than 40 conservation organizations representing millions of members that have joined forces to save the swamp from the proposed Twin Pines Minerals LLC titanium mine and other threats that jeopardize the integrity of the Okefenokee Swamp.

Click on the logos of these organizations to learn more about their individual work.





























































































Website hosted by Georgia River Network
okefenokeeprotectionalliance@gmail.com

Copyright 2020 Okefenokee Protection Alliance | All rights reserved | Design by **HamsaDesign**